**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6771**

JEFFREY BERNARD LINEBERGER,

Plaintiff - Appellant,

versus

MICHAEL YORK, Administrator I; JOHN J. HAMLIN,
Programs Administrator II; THEODIS BECK,
Secretary of D.O.C.; JUANITA H. BAKER,
Chairperson of the North Carolina Parole;
KAREM R. PARDUE, Senior Parole Case Analyst;
MARY HARROP, Parole Case Analyst; JUDY H.
SILLS, Manager of the North Carolina
Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. James A. Beaty, Jr.,
District Judge. (CA-02-210-1)

Submitted: August 28, 2003        Decided: September 24, 2003

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Bernard Lineberger, Appellant Pro Se. Elizabeth F. Parsons,
OFFICE OF THE ATTORNEY GENERAL, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Bernard Lineberger appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Lineberger v. York</u>, No. CA-02-210-1 (M.D.N.C. Apr. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>